IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NATASHA FLETCHER                                                                                           PLAINTIFF

v.                                        Case No. 5:13-CV-05100

COGENT ACQUISITION COMPANY, LLC
d/b/a COGENT FINANCIAL GROUP, INC.                                                  DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Natasha Fletcher shall have and recover from Defendant Cogent Acquisition Company, LLC d/b/a Cogent Financial Group, Inc. the following amounts: $1,500 in actual damage, $1,000 in statutory damage, and $2,352.50 in attorneys' fees and costs. Interest will accrue on the judgment at the prevailing legal rate of 0.14% per annum from the date of entry of this order until paid.

IT IS SO ORDERED this 17th day of December, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE